UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHNNY WHITE,

       Plaintiff,

                  ORDER
 v.                 12-CV-1081-A

BUFFALO SPORT SERVICE, LLC,

       Defendant.

---

  The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On May 29, 2013, Magistrate Judge Schroeder filed a Report and Recommendation recommending that defendant's motion to dismiss the New York Human Rights Law claim pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and to dismiss the Title VII claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure be granted.

  The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, including the *pro se* submissions of plaintiff White.  *See Triestman v. Federal Bureau of Prisons*, 470 F.3d 471, 477 (2d Cir. 2006) (the solicitous reading we give a *pro se* party's submissions does not exempt the submissions from compliance with all applicable standards).  No objections to the Report and Recommendation have been timely filed by either party.  Accordingly, pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), it is hereby

ORDERED, that for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motions to dismiss are granted. The Clerk of Court shall take the steps necessary to close the case.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: June 13, 2013